Aug 22, 15

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

TO the clerk:

I am looking into my status of my petition for writ of mandamus I filed recently. please notify me on that issue. Appreciate it

Regards
R. mcclure
prose